

# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

**Date:** November 29, 2011

**Time:** 11:30

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.

Bobby Kevan Plagge

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

**Signature:** RDmK[signature]

**Title:** Revenue Officer

I certify that the copy of the summons served contained the required certification.

**Signature:**

**Title:**

Catalog No. 25000Q

EXHIBIT A2

Form 6637 (Rev. 10-2010)