

# U.S. Department of Justice

**United States Attorney**
**District of New Mexico**

*Post Office Box 607*     505/346-7274
*Albuquerque, New Mexico 87103*     Fax 505/346-7205

June 18, 2012

**Via Regular Mail with Delivery Confirmation**

Bobby Karan Plagge
739C Las Dispensas Loop
Las Vegas, NM  87701-7438

Re: Enforcement of IRS Summons re. Form 1040 for the calendar periods ending on December 31 for 2000, 2001, 2002, and 2007

Dear Ms. Plagge:

You received an IRS Summons in November, 2011. Because you have not complied with the Summons, the IRS has asked this office to seek its enforcement. A copy of the Summons is attached for your convenience. Also attached is the Collection Information Statement which will aid you in complying with the Summons.

Since the Summons requires both testimony **and** the production of information, please meet with **Revenue Officer Richard Kuntz, Jr.**, on **July 9, 2012 at 10:00 a.m.** at the IRS office located at **2945 Rodeo Park Dr., East, Santa Fe, New Mexico**. At that meeting, please bring with you the following documents that are in your possession or control reflecting your income, assets, and liabilities, from January 1, 2007 to November 28, 2011, as required by the Summons:

1. Documents showing by whom you were hired or employed, the amount you received from contracts or your employer, how it is characterized (e.g., self-employment income, gross profit, net profit, as a draw, or as a W-2), and how long you were employed.

2. Documents showing all other sources of income besides employment – e.g., interest or dividend income, income from self-employment, pension, social security, alimony, child support, loan proceeds you are receiving, etc.

3. Documents from all personal checking accounts or savings accounts, investment accounts, brokerage or money market accounts – accounts either in your name, or being held by someone else for your benefit – and any other similar types of accounts.

4. Documents of life insurance policies or health insurance policies.

5. Documents for all vehicles purchased or leased by you or for your benefit or on your behalf, showing the values of those vehicles, and encumbrances (liens) on the vehicles.

**EXHIBIT A4**

Bobby Karan Plagge
June 18, 2012
Page 2

6. Documents relating to all real property you had an interest in, or that was being held for your benefit.

7. Documents for accounts receivable or notes receivable, for you or for your benefit.

8. Documents showing amounts spent on living expenses by you or on your behalf, e.g., mortgage or rent, car payments, insurance premiums (health, life, car). Such documents might include credit card statements, bank statements showing cash withdrawals for those expenses paid in cash and/or for expenses paid by check or electronic transfer. In other words, all documents that show the source of your funds for your expenses.

9. Documents relating to self-employment as reflected in your answers to Sections 5 and 6 of Form 433-A, and the bottom of Page 4 of Form 433-A.

The blank Collection Information Statement Form 433-A was provided to you with the Summons in connection with the items listed above. We are providing it again to guide you in producing the documents and records listed above. If you have any questions regarding the documents you are required to bring with you, please call **Revenue Officer Richard Kuntz, Jr.**, at the number listed below.

Please meet with **Revenue Officer Richard Kuntz, Jr.** and provide the information required by the summons to avoid litigation in federal district court. While this office is immediately prepared to seek a court order to enforce the IRS Summons, we would rather avoid the time-consuming and costly litigation involved, and that is why we are asking that you cooperate voluntarily. Failure to meet with **Revenue Officer Richard Kuntz, Jr.** and provide the requested information on **July 9, 2012, at 10:00 a.m.** will result in legal action in federal court to obtain complete enforcement of the Summons.

Sincerely,

KENNETH J. GONZALES
United States Attorney

MANUEL LUCERO
Assistant U.S. Attorney

ML/dt
Enclosures: IRS Summons; Collection Information Statements, Form 433A

cc w/o encl: Richard Kuntz, Jr.
2945 Rodeo Park Dr., East
Santa Fe, NM 87505-6312
(505) 424-5972